UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GLENN ANGELORA,

                Plaintiff,

      -against-

THE LONG ISLAND RAILROAD COMPANY,

                Defendant.

------------------------------------------------------------------X

Docket No.:08-CV-5373

*ANSWER*

      Plaintiff, THE LONG ISLAND RAIL ROAD COMPANY ("LIRR"), by its attorney, J. DENNIS McGRATH, ESQ., answering the complaint of plaintiff, alleges upon information and belief:

      1.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1".

      2.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5" but admits that on August 29, 2007, defendant employed the plaintiff.

      3.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" and refers all questions of law to this Court for its determination.

      4.     Denies the allegations contained in paragraphs "7", "8", "9" and "10" of the plaintiff's complaint.

<u>AS AND FOR A FIRST AFFIRMATIVE DEFENSE</u>

      5.     Whatever injuries and/or damages plaintiff may have sustained at the

time and place alleged in the Complaint were caused in whole or in part or were contributed to by the culpable conduct and negligence or fault or want of care on the part of the plaintiff, including contributory negligence and without any negligence or fault or want of care on the part of this answering defendant, LIRR.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5.   Plaintiff has failed to mitigate his damages.

WHEREFORE, defendant demands judgment of the court dismissing the plaintiff's complaint in its entirety, plus the costs and disbursements of this action.

Dated:     Jamaica, NY
           July 17, 2008

*J. DENNIS McGRATH, ESQ.*
*Vice President/General Counsel & Secretary*
Attorney for Defendant

By: _____
Sean P. Constable (SC3472)
LIRR Law Department - 1143
Jamaica Station
Jamaica, New York  11435-4380
(718) 558-7760
(File No. JN-6390/L07002450)

TO:   **SABLE & GOLD**
      Attorneys for Plaintiff
      450 Seventh Avenue, Suite 1608
      New York, NY 10123
      212-244-2740