UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

GLENN ANGELORA

                  Plaintiff(s),

          -against-

LONG ISLAND RAILROAD COMPANY,

                  Defendant(s).

08 CV 5373 (PKC)(FM)

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08**

CONSENT TO PROCEED
BEFORE UNITED STATES
MAGISTRATE JUDGE

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgement.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).*

Sable & Gold
Attorneys for Plaintiff

By: FREDRIC M. GOLD (3286)
450 Seventh Ave
New York, N.Y. 10123
212.244.2740
Fax 212.244.2258

J. Dennis McGrath
LIRR Law Department

By: SEAN CONSTABLE (3472)
Jamaica Station
Jamaica, NY 11435
718.558.8235
Fax 718.558.8211

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED: _____     8-6-08
                U.S.D.J.

Magistrate Judge FRANK MAAS was assigned this case on _____.

J. MICHAEL MCMAHON, CLERK

By: _____
     Deputy Clerk